April 30, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

THE CITY OF BEAUMONT, TEXAS, Appellant

NO. 14-12-00059-CV                    V.

BEAUMONT PROFESSIONAL FIREFIGHTERS LOCAL 399 AND JAMES
LANDRUM, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Beaumont Professional Firefighters Local 399 and James Landrum, signed December 13, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, the City of Beaumont, Texas, to pay all costs incurred in this appeal.  We further order this decision certified below for observance.